AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

CAROLYN SOWERS,

        Plaintiff,

                                     **JUDGMENT IN A CIVIL CASE**

vs.

SUN HEALTHCARE GROUP, INC.,        CASE NO. C2-06-230
                                                   JUDGE EDMUND A. SARGUS, JR.
        Defendant.                      MAGISTRATE JUDGE TERENCE P. KEMP

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 8, 2008, JUDGMENT is hereby entered in favor of the Plaintiff. This case is DISMISSED.**

Date:  August 8, 2008                              JAMES BONINI, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk